IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * |
| ALEXANDER JUAREZ-SANCHEZ | *   CRIMINAL NO. JRR 21-0174 |
| Defendant | * |

\*\*\*\*\*\*\*

### VERDICT FORM

### COUNT ONE

1. How do you find the defendant, Alexander Juarez-Sanchez, as to Count One (Conspiracy to Distribute Controlled Substances), guilty or not guilty?

    Not Guilty _____          Guilty  ✓_____

    **If your verdict as to Count One is Guilty, choose one answer each to the questions below:**

2. What amount of fentanyl is attributable to defendant?

    ✓_____ At least 400 grams

    _____ At least 40 grams but less than 400 grams

    _____ Less than 40 grams

3. What amount of heroin is attributable to defendant?

    ✓_____ At least 100 grams

    _____ Less than 100 grams

## COUNT TWO

4. How do you find the defendant, Alexander Juarez-Sanchez, as to Count Two (Possession with Intent to Distribute Controlled Substances), guilty or not guilty?

    Not Guilty _____    Guilty \_\_✓\_\_

    **If your verdict as to Count Two is Guilty, choose one answer to the question below:**

5. What amount of fentanyl is attributable to defendant?

    \_\_✓\_\_ At least 400 grams

    _____ At least 40 grams but less than 400 grams

    _____ Less than 40 grams

6. What amount of heroin is attributable to defendant?

    \_\_✓\_\_ At least 100 grams

    _____ Less than 100 grams

## COUNT THREE

7. How do you find the defendant, Alexander Juarez-Sanchez, as to Count Three (Illegal Reentry of a Removed Alien), guilty or not guilty?

    Not Guilty _____    Guilty \_\_✓\_\_

The foregoing constitutes the unanimous verdict of the jury.

_May 31, 2022_
Date

**SIGNATURE REDACTED**
Foreperson